SCANNED



PI2-20140201177-2

NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OR ALL OF THE FOLLOWING INFORMATION FROM ANY INSTRUMENT THAT TRANSFERS AN INTEREST IN REAL PROPERTY BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.

## Special Warranty Deed

**Date:** November 19, 2014

**Grantor:** Ali R. Zargaran and Maryam Baker, husband and wife

**Grantor's Mailing Address:**

Ali R. Zargaran and Maryam Baker
10431 Springcroft Ct.
Helotes, TX 78023

**Grantee:** Ali Rafiee

**Grantee's Mailing Address:**

Ali Rafiee
10431 Springcroft Ct.
Helotes, TX 78023

**Consideration:**

Cash and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged.

**Property (including any improvements):**

LOT 20, BLOCK 8, C.B. 4557, BRIDGEBPOINT UNITS 8 & 15 ENCLAVE, A SUBDIVISION IN BEXAR COUNTY, TEXAS ACCORDING TO THE PLAT THEREOF RECORDED IN VOLUME 9621, PAGE(S) 78 AND 79, DEED AND PLAT RECORDS OF BEXAR COUNTY, TEXAS

**Reservations from Conveyance:**

None

**Exceptions to Conveyance and Warranty:**

Validly existing easements, rights-of-way, and prescriptive rights, whether of record or not; all presently recorded and validly existing instruments, other than conveyances of the surface fee estate, that affect the Property; and taxes for 2014, which Grantee assumes and agrees to pay, and subsequent assessments for that and prior years due to change in land usage, ownership, or both, the payment of which Grantee assumes.

Grantor, for the Consideration and subject to the Reservations from Conveyance and the

Exceptions to Conveyance and Warranty, grants, sells, and conveys to Grantee the Property, together with all and singular the rights and appurtenances thereto in any way belonging, to have and to hold it to Grantee and Grantee's heirs, successors, and assigns forever. Grantor binds Grantor and Grantor's heirs and successors to warrant and forever defend all and singular the Property to Grantee and Grantee's heirs, successors, and assigns against every person whomsoever lawfully claiming or to claim the same or any part thereof when the claim is by, through, or under Grantor but not otherwise, except as to the Reservations from Conveyance and the Exceptions to Conveyance and Warranty.

When the context requires, singular nouns and pronouns include the plural.

This instrument was prepared based on information furnished by the parties, and no independent title search has been made.

_____
Ali R. Zargaran

_____
Maryam Baker

STATE OF TEXAS            )

COUNTY OF BEXAR           )

This instrument was acknowledged before me on November 19, 2014, by Ali R. Zargaran and Maryam Baker.

_____
Notary Public, State of Texas
My commission expires: 9/24/17



DENISE G. FIGUEROA
Notary Public, State of Texas
My Commission Expires
September 24, 2017

PREPARED IN THE OFFICE OF:

OLIVA SAKS GARCIA & CURIEL LLP
14255 Blanco Rd.
San Antonio, TX 78216
Tel: (210) 308-6600
Fax: (210) 308-6939

Any provision herein which restricts the sale, or use of the described real property because of race is invalid and unenforceable under Federal law
STATE OF TEXAS, COUNTY OF BEXAR
I hereby Certify that this instrument was FILED in File Number Sequence on this date and at the time stamped hereon by me and was duly RECORDED in the Official Public Record of Real Property of Bexar County, Texas on:

NOV 2 1 2014

_____
COUNTY CLERK BEXAR COUNTY, TEXAS

Doc# 20140201177 Fees: $30.00
11/21/2014  8:49AM # Pages 2
Filed & Recorded in the Official
Public Records of  BEXAR COUNTY
GERARD C. RICKHOFF COUNTY CLERK