UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 14-24390-RBR |
| | Chapter 7 |
| ALI REZA ZARGARAN, | |
| Debtor._____/ | |
| KENNETH A. WELT, as chapter 7 trustee for Ali Reza Zargaran, | Adv. Pro. No. 15-01083 |
| Plaintiff, | |
| v. | |
| ALI RAFIEE, | |
| Defendant._____/ | |

### NOTICE OF LIS PENDENS

TO:    **ALI RAFIEE**, and all others to whom it may concern:

You are notified of the interest held by Kenneth A. Welt, as Chapter 7 Bankruptcy Trustee (the *"Trustee"*) for the bankruptcy estate of ALI REZA ZARGARAN (the *"Debtor"*), in the following real property (the *"Property"*) located at 10431 Springcroft Court, Helotes, TX 78023, described as:

> Lot 20, Block 8, C.B. 4557, BRIDGEPOINT UNITS 8 & 15 ENCLAVE, a subdivision in Bexar County, Texas according to the plat thereof recorded in Volume 9621, Page(s) 78 and 79, Deed and Plat Records of Bexar County, Texas.

No liens or encumbrances shall or may be placed on the Property without the express consent of the Trustee pursuant to § 549 of the United States Bankruptcy Code.

**{Firm Clients/5526/5526-1/01566710.DOC.}**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 1, 2015, I caused this document to be mailed via U.S. Mail to: Ali Rafiee, 10431 Springcroft Court, Helotes, TX 78023.

s/ Lawrence E. Pecan
Lawrence E. Pecan, Esquire
Florida Bar No. 990866
lpecan@melandrussin.com
MELAND RUSSIN & BUDWICK, P.A.
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131
Telephone: (305) 358-6363
Telecopy: (305) 358-1221
*Attorneys for Trustee*

**{Firm Clients/5526/5526-1/01566710.DOC.}**