UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:
ALI REZA ZARGARAN                                    Case No. 14-24390-RBR
                                                     Chapter 7

          Debtor.
_____/

KENNETH A. WELT, as Chapter 7 Trustee for          Adv. Pro. No. 15-01083
Ali Reza Zargaran,

          Plaintiff,

v.

ALI RAFIEE,

          Defendant.
_____/

### PLAINTIFF'S AGREED *EX PARTE* MOTION TO CONTINUE PRETRIAL CONFERENCE

Kenneth A. Welt ("***Plaintiff***"), as Chapter 7 Trustee for the bankruptcy estate of Ali Reza Zargaran (the "***Debtor***"), by and through undersigned counsel, requests that this Court enter an Order continuing the pretrial conference for thirty days (the "***Motion***") in accordance with the Court's availability, or to such other date as may be deemed appropriate by the Court. The above captioned defendant, Ali Rafiee (the "***Defendant***", and together with the Plaintiff, the "***Parties***") has agreed to the requested relief. In support, the Plaintiff states the following:

### I.   <u>Background</u>

1.     On February 1, 2015, Plaintiff filed his complaint commencing this adversary proceeding ("***Complaint***") [ECF No. 1] against Defendant.

LAW OFFICES OF MELAND RUSSIN & BUDWICK, P.A.
3200 SOUTHEAST FINANCIAL CENTER, 200 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA 33131 • TELEPHONE (305) 358-6363

2.      On February 2, 2015, the Clerk of Court issued the Summons and Notice of Pretrial/Trial in an Adversary Proceeding [ECF No. 3] ("**Summons**") and the Order Setting Filing and Disclosure Requirements for Pretrial and Trial [ECF No. 4] ("**Order**").

3.      On March 3, 2015, Defendant's counsel made an appearance in the instant case.

4.      On March 10, 2015, Defendant filed his Motion to Dismiss the Complaint ("**Motion to Dismiss**") [ECF No. 10], which is currently set for hearing on March 27, 2015 (the "**Hearing**").

5.      Pursuant to the Summons, the pretrial conference in this adversary proceeding is scheduled for April 14, 2015 at 9:30 a.m. ("**Pretrial Conference**").

6.      The Parties agree that a brief continuance of the Pretrial Conference is warranted in light of the upcoming March 27th Hearing on the Motion to Dismiss.  Additionally, the Defendant resides outside of the state of Florida and requires additional time to schedule travel arrangements to attend the Pretrial Conference.  Thus, the Parties have agreed to a brief thirty (30) day continuance of the Pretrial Conference, or to such other date as may be deemed appropriate by the Court.

## II.  Relief Requested

7.      The Plaintiff respectfully requests, and the Defendant (through counsel) has agreed, to continue the Pretrial Conference for thirty (30) days, or another date convenient for the Court. The Parties do not believe that a pretrial conference on April 14, 2015 will be an efficient use of the Parties', and the Court's resources.

8.      The Parties presently expect that a thirty (30) day continuance of the Pretrial Conference will allow sufficient time for a meaningful and appropriate presentation to the Court.

9.      As stated above, although the Plaintiff is the movant, the Defendant (through counsel) has agreed to the relief sought herein.  This request is made in good faith and not for the purpose of

LAW OFFICES OF MELAND RUSSIN & BUDWICK, P.A.
3200 SOUTHEAST FINANCIAL CENTER, 200 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA  33131 • TELEPHONE (305) 358-6363

delay.  Neither the Debtor's bankruptcy estate nor interested parties will be adversely affected by the requested relief.

10.     Accordingly, the Plaintiff believes approval of such relief is in the best interest of the estate, its creditors and all interested parties.

**WHEREFORE,** the Plaintiff respectfully requests that this Court enter an Order (substantially similar in form to Order attached as **Exhibit 1**): (i) granting this Motion; (ii) continuing the Pretrial Conference for thirty (30) days in accordance with the Court's availability, or to such other date as may be deemed appropriate by the Court; and (iii) granting such further relief as this Court deems just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on March 24, 2015, via the Court's Notice of Electronic Filing upon the parties listed on the attached **Exhibit A.**


Dated: March 24, 2015

<div style="margin-left: 40%">

s/ Lawrence E. Pecan
Lawrence E. Pecan, Esquire
Florida Bar No. 990866
lpecan@melandrussin.com
MELAND RUSSIN & BUDWICK, P.A.
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131
Telephone: (305) 358-6363
Telecopy: (305) 358-1221
*Attorneys for Plaintiff*

</div>

## Exhibit A

# Mailing Information for Case 15-01083-RBR

### Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Craig I Kelley     craig@kelleylawoffice.com,
  martha@kelleylawoffice.com,kelleyecfsouthern@gmail.com,leeann@kelleylawoffice.com
- Lawrence E Pecan     lpecan@melandrussin.com,
  ltannenbaum@melandrussin.com;mrbnefs@yahoo.com
- Jeffrey Solomon     solomonjeffrey@hotmail.com, maria.solomonlaw@gmail.com

LAW OFFICES OF MELAND RUSSIN & BUDWICK, P.A.
3200 SOUTHEAST FINANCIAL CENTER, 200 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA  33131 • TELEPHONE (305) 358-6363

**EXHIBIT "1"**
**PROPOSED ORDER**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

                                                    Case No. 14-24390-RBR
                                                    Chapter 7

ALI REZA ZARGARAN,

           Debtor.

_____/

KENNETH A. WELT, as Chapter 7 Trustee for       Adv. Pro. No. 15-01083
Ali Reza Zargaran,

           Plaintiff,

v.

ALI RAFIEE,

           Defendant.

_____/

1

**AGREED ORDER GRANTING PLAINTIFF'S**
**AGREED *EX PARTE* MOTION TO CONTINUE PRETRIAL CONFERENCE**

**THIS CAUSE** came before the Court on upon the Plaintiff's Agreed *Ex Parte* Motion to Continue Pretrial Conference [ECF No. __] (the "***Motion***").[1]  The Court, having reviewed the Motion and the file, and based on the record:

**ORDERS** as follows:

1.      The Motion is **GRANTED**.

2.      The Pretrial Conference in this matter is continued to _____, 2015 at _____  at United States Bankruptcy Court, U.S. Courthouse, 299 E. Broward Blvd, Courtroom 308, Fort Lauderdale, Florida, 33301.

3.      All deadlines set forth in this Court's Order Setting Filing and Disclosure Requirements for Pretrial and Trial [ECF No. 4] are reset relative to the newly scheduled Pretrial Conference date.

### 

**Submitted By:**
Lawrence E. Pecan, Esquire
Florida Bar No. 990866
lpecan@melandrussin.com
MELAND RUSSIN & BUDWICK, P.A.
Counsel for Plaintiff
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131
Telephone:     (305) 358-6363
Telefax:         (305) 358-1221

**Copies Furnished To:**
Lawrence E. Pecan, Esquire, is directed to serve copies of this Order on all parties in interest and to file a Certificate of Service.

---

[1]   All capitalized terms not defined in this Order shall have the meaning ascribed to such term as set forth in the Motion.

2