

**ORDERED in the Southern District of Florida on March 25, 2015.**

*Raymond B. Ray, Judge*
**Raymond B. Ray, Judge**
**United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

                                             Case No. 14-24390-RBR
                                             Chapter 7

ALI REZA ZARGARAN,

        Debtor.
_____/

KENNETH A. WELT, as Chapter 7 Trustee for     Adv. Pro. No. 15-01083
Ali Reza Zargaran,

        Plaintiff,

v.

ALI RAFIEE,

        Defendant.
_____/

**AGREED ORDER GRANTING PLAINTIFF'S
<u>AGREED *EX PARTE* MOTION TO CONTINUE PRETRIAL CONFERENCE</u>**

1

**THIS CAUSE** came before the Court on upon the Plaintiff's Agreed *Ex Parte* Motion to Continue Pretrial Conference [ECF No. 14] (the "***Motion***").[1]  The Court, having reviewed the Motion and the file, and based on the record:

**ORDERS** as follows:

1.  The Motion is **GRANTED**.

2.  The Pretrial Conference in this matter is continued to May 12, 2015 at 9:30 a.m. at United States Bankruptcy Court, U.S. Courthouse, 299 E. Broward Blvd, Courtroom 308, Fort Lauderdale, Florida, 33301.

3.  All deadlines set forth in this Court's Order Setting Filing and Disclosure Requirements for Pretrial and Trial [ECF No. 4] are reset relative to the newly scheduled Pretrial Conference date.

###

**Submitted By:**
Lawrence E. Pecan, Esquire
Florida Bar No. 990866
lpecan@melandrussin.com
MELAND RUSSIN & BUDWICK, P.A.
Counsel for Plaintiff
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131
Telephone:    (305) 358-6363
Telefax:        (305) 358-1221

**Copies Furnished To:**
Lawrence E. Pecan, Esquire, is directed to serve copies of this Order on all parties in interest and to file a Certificate of Service.

---

[1] All capitalized terms not defined in this Order shall have the meaning ascribed to such term as set forth in the Motion.

2