UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

ALI REZA ZARGARAN,                               Case No. 14-24390-RBR
                                                 Chapter 7

      Debtor.
_____/

KENNETH A. WELT, as Chapter 7 Trustee for        Adv. Case No. 15-01083
Ali Reza Zargaran,

      Plaintiff,

v.

ALI RAFIEE,

      Defendant.
_____/

## NOTICE OF FILING SUBPOENAS TO BE SERVED

Kenneth A. Welt, as Chapter 7 Bankruptcy Trustee (the *"Trustee"*), by and through undersigned counsel, provides notice upon all parties in this proceeding, in accordance with *Fed R. Civ. P.* 45, that the Trustee will serve the below listed Subpoenas to Produce Documents, Information, Or Objects Or To Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding) directed to the following non-parties:

Florida Power & Light Company
By and through J.E. Leon, its Registered Agent
4200 West Flagler Street, Suite 2113
Miami, FL 33134

Oliva, Saks, Garcia & Curiel, LLP
The OSCG Building
14255 Blanco Road
San Antonio, TX 78216

Trinity Title of Texas, LLC
By and through Jennifer R. Neddeau, its Registered Agent
7000 North Mopac, Suite 150
Austin, TX 78731

Texas Department of Public Safety
Driver Records Bureau
Attn: JoeAnna Mastracchio
5805 N. Lamar Blvd., Bldg. A
Austin, TX 78752-0320

Thomas Baker
2560 NE 181 Street
North Miami Beach, FL 33160

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 1, 2015, a true and correct copy of the foregoing was served via electronic mail upon: Craig I Kelley, craig@kelleylawoffice.com and Jeffrey Solomon, solomonjeffrey@hotmail.com and mely.solomonlaw@gmail.com.

    s/ Lawrence E. Pecan
Lawrence E. Pecan, Esquire
Florida Bar No. 990866
lpecan@melandrussin.com
MELAND RUSSIN & BUDWICK, P.A.
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131
Telephone: (305) 358-6363
Telecopy: (305) 358-1221
*Attorneys for Trustee*