UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ALI REZA ZARGARAN,                                    Case No. 14-24390-RBR

Debtor,
_____/

KENNETH A WELT, as chapter 7 trustee for             Adv. No. 15-01083-RBR
Ali Reza Zargaran

        Plaintiff,

v.

ALI RAFIEE,

        Defendant (s).
_____/

## MOTION FOR PROTECTIVE ORDER

The Defendant, ALI RAFIEE, hereby moves for a protective order of his deposition scheduled for June 30, 2015, and as grounds states:

1. Plaintiff and Defendant had by agreement scheduled the deposition of the Defendant, ALI RAFIEE, on June 29, 2015, and then based on a conflict on the undersigned's calendar, for June 30, 2015.

2. Defendant was denied entry on his return trip to the United States and is not able to attend the deposition. On June 23, 2015, the undersigned informed the attorney for the trustee that Mr. Rafiee could not enter the United States at this time for the deposition.

3. The Defendant is a resident of Spain who visits the United States on tourist visas. He is only able to visit the United States for certain periods of time and must leave the United States when his visa expires.

4. The defendant had returned to Europe and booked a flight back to the United

States for travel on June 16, 2015. He flew to Washington, D.C. but was denied entry. He was informed that he had been to the United States too many times and was required to immediately leave the United States. He had to obtain immediate alternate transportation and fly back to Europe on June 16. 2015.

5. The defendant scheduled an appointment with the United States Consulate in Amsterdam, Holland scheduled for July 13, 2015.

6. The defendant provided as documentation his airplane itinerary to the United States for the flight on June 16, 2015 from Amsterdam, Holland, to Washington, DC to San Antonio, TX (where the defendant had purchased the real property involved in this adversary proceeding). He also provided documentation for a new return flight on June 16, 2015 back to Europe via Frankfurt, Germany. The Defendant also provided the confirmation of the appointment with the consulate to obtain a visa in Amsterdam, Holland. These materials were provided to the attorney for the trustee, Mr. Pecan.

7. Mr. Pecan requested a copy of the denial of entry stamp on the passport. The stamped denial was scanned by the Defendant and provided to this office, with a denial of entry stamp of the US Department of Homeland Security Customs and Border Security, which was provided to Mr. Pecan.

8. Despite the inability of Mr. Rafiee to return to the United States to appear at a deposition and defend this lawsuit, Mr. Pecan has not agreed to cancel the deposition and requests that this matter be brought to the court with this motion for protective order.

9. The Defendant has complied with all requirements of this court including responding to a Request for Production and providing answers to interrogatories and

wants a full opportunity to present his testimony.

**WHEREFORE**, Defendant requests that a protective order be granted and that the deposition be continued until such time as the Defendant can attend.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by ECF on this __29__ day of __June__, 2015, to Lawrence Pecan at Meland Russin & Budwick, P.A. at lpecan@melandrussin.com.

JEFFREY SOLOMON, ESQUIRE
Attorney for Defendant
3864 Sheridan Street
Hollywood, FL 33021
(954) 967-9800
Fax: (954) 963-2227
FLA BAR NO. 309044
solomonjeffrey@hotmail.com