

**ORDERED in the Southern District of Florida on August 4, 2015.**

Raymond B. Ray, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 14-24390-RBR |
| | Chapter 7 |
| ALI REZA ZARGARAN, | |
| Debtor. | |
| _____/ | |
| KENNETH A. WELT, as Chapter 7 Trustee for Ali Reza Zargaran, | Adv. Pro. No. 15-01083 |
| Plaintiff, | |
| v. | |
| ALI RAFIEE, MARYAM BAKER and FARIDEH HANIFY, | |
| Defendants. | |
| _____/ | |

**FINAL JUDGMENT AFTER CLERK'S DEFAULT
<u>AGAINST DEFENDANT MARYAM BAKER</u>**

1

**THIS CAUSE** having come before the Court at the hearing on August 5, 2015, upon Plaintiff's Motion for Final Judgment After Clerk's Default against Defendant Maryam Baker [ECF No. 74] (the "*Motion*"), filed by Kenneth A. Welt, as Chapter 7 Bankruptcy Trustee (the "*Plaintiff*"), pursuant to *Fed. R. Civ. P.* 55, made applicable to this Adversary Proceeding by *Fed. R. Bankr. P.* 7055 and Bankruptcy Local Rule 7055-1, following the entry of a Clerk's Default against Defendant Maryam Baker (the "*Defendant*") [ECF No. 59] in this Adversary Proceeding. The Court having reviewed the Motion and the Court file, and having entered a separate Order granting the Motion, it is

**ORDERED** as follows:

1. Final Judgment is entered in favor of the Plaintiff and against the Defendant, Maryam Baker, for the total sum of $875,161.83, which amount shall bear interest from this date forward at the prevailing legal rate of interest, for which let execution issue forthwith.

2. The Court reserves jurisdiction to enter any further orders or take any other actions that may be necessary in connection with this matter, including but not limited to, the issuance of writs of execution.

3. The last known addresses of the Defendant are as follows: Maryam Baker, 1749 SE 10th Street, Fort Lauderdale, FL 33316; Maryam Baker, 10431 Springcroft Ct., Helotes, TX 78023; Maryam Baker; 4321 Northeast 21st Avenue, Unit 8, Ft. Lauderdale, FL, 33308; and Maryam Baker, 1300 Northeast Miami Gardens Drive, #519E, Miami Gardens, FL 33179.

4. The Plaintiff's address is: Kenneth A. Welt, by and through Daniel N. Gonzalez, Esq., Meland Russin & Budwick, P.A., 200 South Biscayne Blvd., Suite 3200, Miami, Florida 33131.

###

**Submitted By:**
Daniel N. Gonzalez, Esquire
Florida Bar No. 592749
dgonzalez@melandrussin.com
MELAND RUSSIN & BUDWICK, P.A.
*Attorneys for Plaintiff*
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131
Telephone: (305) 358-6363
Telecopy: (305) 358-1221

**Copies Furnished To:**
Attorney Daniel N. Gonzalez is directed to serve copies of this Order on all interested parties and to file a Certificate of Service.