

**ORDERED in the Southern District of Florida on August 10, 2015.**

*Raymond B. Ray, Judge*
*United States Bankruptcy Court*

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

ALI REZA ZARGARAN,

    Debtor.
_____/

KENNETH A. WELT, as Chapter 7 Trustee for
Ali Reza Zargaran,

    Plaintiff,

v.

ALI RAFIEE, FARIDEH HANIFY, and
MARYAM BAKER,

    Defendants.
_____/

Case No. 14-24390-RBR
Chapter 7

Adv. Pro. No. 15-01083

**AGREED ORDER GRANTING DEFENDANT, ALI RAFIEE'S, MOTION TO
DETERMINE (I) CORE NATURE OF PROCEEDING, AND (II) WHETHER
THE PROCEEDING IS SUBJECT TO ENTRY OF FINAL ORDERS
<u>OR JUDGMENTS BY THE BANKRUPTCY COURT</u>**

1

**THIS CAUSE** came before the Court upon the Defendant, Ali Rafiee's (the *"Defendant"*), Motion to Determine (I) Core Nature of Proceeding, and (II) Whether the Proceeding is Subject to Entry of Final Orders or Judgments by the Bankruptcy Court [ECF No. 48](the "*Motion*").[1]  The Court, having reviewed the Motion and the file, noting the agreement of the Trustee and the Defendant as to the relief requested, and based on the record:

**ORDERS** as follows:

1. The Motion is **GRANTED** as to the Defendant.

2. Counts I - III of Plaintiff's Amended Complaint are "core" causes of action, and are therefore subject to the entry of final pre-trial orders or judgments by this Court.

3. Counts IV – XI of Plaintiff's Amended Complaint are "non-core" causes of action, and are therefore not subject to the entry of final pre-trial orders or judgments by this Court.

###

Submitted by:
Stephen C. Breuer, Esq.
Moffa, Bonacquisti & Breuer, PLLC
1776 N Pine Island Rd #102
Plantation, FL   33322
Telephone 954-634-4733
Fax         954-337-0637
Email Stephen@mbpa-law.com

cc:  Stephen C. Breuer shall serve a copy of this Order on all parties entitled to service and file a certificate of service.

---

[1] All capitalized terms not defined in this Order shall have the meaning ascribed to such term as set forth in the Motion.

2