UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 14-24390-RBR |
| | Chapter 7 |
| ALI REZA ZARGARAN, | |
| Debtor. | |
| _____/ | |
| KENNETH A. WELT, as Chapter 7 Trustee for Ali Reza Zargaran, | Adv. Pro. No. 15-01083 |
| Plaintiff, | |
| v. | |
| ALI RAFIEE | |
| Defendant. | |
| _____/ | |

## CROSS-NOTICE OF RULE 2004 EXAMINATION

Kenneth A. Welt, as Chapter 7 Bankruptcy Trustee (the *"Trustee"*) for the bankruptcy estate of ALI REZA ZARGARAN (the *"Defendant"*), by and through undersigned counsel, will cross-examine **Ali Rafiee** under oath on **Monday, June 6, 2016 at 3:00 P.M. (CEST).** Said examination will be conducted remotely, by audiovisual means, and the Defendant will be physically present at the U.S. Consolate General office located at Museumplein 19, 1071 DJ Amsterdam, The Netherlands. The Defendant will be sworn in by Ms. Valerie M. Vass, Vice-Consul, Consulate Amsterdam, who is authorized to administer oaths pursuant to Fed.R.Bankr.P. 9012(a). The examination will be recorded by audiovisual means, by a notary public or other officer authorized to take oaths, at the office of Moffa & Breuer, PLLC, 1776 N. Pine Island Road, Suite 102, Plantation, Florida 33322.

[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 2, 2016, a true and correct copy of the foregoing was served via the Court's Notice of Electronic Filing upon Registered Users set forth on the attached list on **Exhibit 1**.

s/ Daniel N. Gonzalez
Daniel N. Gonzalez, Esquire
Florida Bar No. 592749
dgonzalez@melandrussin.com
MELAND RUSSIN & BUDWICK, P.A.
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131
Telephone: (305) 358-6363
Telecopy: (305) 358-1221
*Attorneys for Trustee*

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Mark Bonacquisti    mark@msbankrupt.com, sonya@msbankrupt.com,kristen@msbankrupt.com,mbbankruptcy@gmail.com

- Stephen C Breuer    stephen@moffa.law, atty_ellison@trustesolutions.com,allusers@moffa.law,ecf@moffa.law,stephen@ecf.courtdrive.com

- Daniel N Gonzalez    dgonzalez@melandrussin.com, ltannenbaum@melandrussin.com;mrbnefs@yahoo.com

- Craig I Kelley    craig@kelleylawoffice.com, lyndia@kelleylawoffice.com,mary@kelleylawoffice.com,dana@kelleylawoffice.com,tina@kelleylawoffice.com

- Jeffrey Solomon    solomonjeffrey@hotmail.com, valery.solomonlaw@gmail.com

**EXHIBIT 1**